Douglas E. WILLARD; Debra Willard, Plaintiffs—Appellants,

and

Whitetail Holdings, LLC, Plaintiff,

v.

Karen KUNDA; Adam Kunda; Hack's Point General Store, Incorporated; Cecil Bancorp, Incorporated, d/b/a Cecil Bank; Charles F. Sposato, Sr.; Mary B. Halsey; Sandra D. Feltman; Anthony Moss; Brian Lockhart; Cecil Bank, Defendants—Appellees,

and

Wayne Holmquist; Nancy Holmquist, Defendants.

No. 11–1120.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Douglas E. Willard and Debra Willard, Appellants Pro Se. David Matthew Wyand, Rosenberg, Martin & Greenberg, LLP, Baltimore, Maryland, for Appellees.

Before KING, SHEDD, and DIAZ, Circuit Judges.

U.S.C. § 636(c) (2006).

**260**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. Willard and Debra Willard appeal the district court's orders dismissing their civil action and denying their motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willard v. Kunda*, No. 1:10–cv–00326–JFM (D. Md. Nov. 11, 2010 & Jan. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*